**Marvin HOFFMAN, Plaintiff–Appellant,**

v.

**Barbara CRAWFORD, Defendant–Appellee.**

No. 07–13678
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Feb. 8, 2008.

Robert E. Casey, Jr., Casey, Gilson & Liebel, P.C., Atlanta, GA, for Plaintiff–Appellant.

---

James Ernest Brim, III, Forrester & Brim, Gainesville, GA, for Defendant–Appellee.

Before MARCUS, WILSON and FAY, Circuit Judges.

PER CURIAM:

The summary judgment entered in this case is affirmed for the reasons set forth in the ORDER of the district court dated July 11, 2007.

AFFIRMED.